UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARLENA D. JOHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:06-CV-138 |
| | ) | (VARLAN/SHIRLEY) |
| WAL-MART STORES EAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Wal-Mart Stores East, LP has filed a motion to amend [Doc. 5] its answer, pursuant to Fed. R. Civ. P. 15(a), to assert an additional defense. No response or opposition to the pending motion has been filed and the time for doing so has passed. *See* L.R. 7.1(a), 7.2.

For good cause shown, the defendant's motion [Doc. 5] is hereby **GRANTED**. The defendant is directed to electronically file the amended answer within ten (10) days of the entry of this order.

IT IS SO ORDERED.

                                                  s/ Thomas A. Varlan
                                                  UNITED STATES DISTRICT JUDGE